**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Joseph Poppen, California Bar No. 239282
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        andrea.hicks@bryancave.com
              joseph.poppen@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
Email:        reboone@bryancave.com

Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 (erroneously sued as Deustche Bank National Co.); BANK OF AMERICA, N.A. (erroneously sued as Bank of America, N.A. Inc.); COUNTRYWIDE HOME LOANS, INC. (erroneously sued as Countrywide Home Loans); and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARVIN CUARESMA, and MERRIAME CUARESMA<br><br>Plaintiffs,<br><br>vs.<br><br>DEUSTCHE BANK NATIONAL CO., IMPAC SECURED ASSETS CORP., BANK OF AMERICA, N.A. INC., COUNTRYWIDE HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; HSBC BANK USA, NATIONAL ASSOCIATION FOR THE BENEFIT OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-NC2 ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3 and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C11-03829 RMW<br><br>**DEFENDANTS DEUTSCHE BANK NATIONAL TRUST COMPANY; BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AMENDED NOTICE OF MOTION, AND MOTION TO DISMISS**<br><br>Date:         October 7, 2011<br>Time:         9:00 a.m.<br>Courtroom:    6, 4th Floor<br><br>Complaint filed:   July 1, 2011<br>Trial date:        Not Assigned |

SF01DOCS\43169.1

**AMENDED NOTICE OF DEFENDANTS' MOTION TO DISMISS; CASE NO. C11-03829RMW**

PLEASE TAKE NOTICE THAT on **October 7, 2011**, at **9:00 a.m.**, in Courtroom 6, 4th Floor, 280 South 1st Street, San Jose, CA 95113, the Court will hear the Motion to Dismiss and Motion to Strike of Defendants Deutsche Bank National Trust Company,[1] Bank of America, N.A.[2]; Countrywide Home Loans, Inc.[3]; and Mortgage Electronic Registration Systems, Inc. to the Complaint filed by Plaintiffs Marvin Cuaresma and Merriame Cuaresma. This amended notice of motion is submitted after receipt of the Clerk's Order reassigning this matter to Judge Whyte. Defendants' Motion to Dismiss was filed on July 1, 2011 and was originally noticed for October 4, 2011.

Dated: August 31, 2011

**BRYAN CAVE LLP**
Andrea M. Hicks
Joseph Poppen

By: /s/ Joseph Poppen
    Joseph Poppen
Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 (erroneously sued as Deustche Bank National Co.); BANK OF AMERICA, N.A. (erroneously sued as Bank of America, N.A. Inc.); COUNTRYWIDE HOME LOANS, INC. (erroneously sued as Countrywide Home Loans); and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

---

[1] As Trustee Under The Pooling And Servicing Agreement Relating To IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 (erroneously sued as Deustche Bank National Co.)

[2] Erroneously sued as Bank of America, N.A. Inc.

[3] Erroneously sued as Countrywide Home Loans.

# PROOF OF SERVICE

I, Angela Howard, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: angela.howard@bryancave.com.

On August 31, 2011, I caused to be served on the interested parties in said action the within:

**DEFENDANTS DEUTSCHE BANK NATIONAL TRUST COMPANY; BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AMENDED NOTICE OF MOTION, AND MOTION TO DISMISS**

by placing a true copy thereof in a sealed envelope(s) addressed to each as follows:

Marvin & Merriame Cuaresma                    In Pro Per
1210 Murphy Ave.
San Jose, CA 95131

   **[ X ] BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   **[ ] BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 31, 2011, at San Francisco, California.


                                        /s/ Angela Howard
                                        Angela Howard

SF01DOCS\43169.1                              1
**PROOF OF SERVICE; CASE NO. C11-03829 RMW**